PROB 12B
(NYEP-5/17/06)

SHU/USPO-EK/C ISLIP
RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.

MAR 2 6 2007

TIME A.M. _____
P.M. _____

# United States District Court
## for the
## Eastern District of New York

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Luca DiMatteo**                                   Case Number **03-CR-0072**

Name of Sentencing Judicial Officer: **Sterling Johnson, Jr., Senior U.S. District Judge**

Date of Original Sentence: **September 17, 2004**

Original Offense: **Racketeering, a Class C Felony in violation of 18 USC 1962(c)**

Original Sentence: **57 months custody, 3 years Supervised Release**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **March 12, 2007**

===============================================================================

## PETITIONING THE COURT

☒   To modify the conditions of supervision as follows:

The releasee shall not associate directly or indirectly, in-person, by mail, by computer or telephonically, with any of the individuals on the list provided to him by the Probation Department, who are identified as members and/or associates of the Colombo Organized Crime Family, unless granted permission to do so by the probation officer. In addition, the releasee shall not associate with any of the co-defendants or related defendants listed in his presentence report under Docket #03-CR-0072, unless granted permission to do so by the probation officer.

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Prob 12B / Page 2

## CAUSE

The releasee is a known made-member of the Colombo Organized Crime Family and has participated in criminal activities with other members of that criminal organization.

Respectfully submitted by,

*Edward Kanaley*

Edward Kanaley
Senior U.S. Probation Officer
Date: March 20, 2007

Approved by,

*George Gonzalez*

George Gonzalez
Sueprvising U.S. Probation Officer
Date: March 20, 2007

THE COURT ORDERS:

☒ The Modification of Conditions as Noted Above

☐ Other

/s/(SJ)

_____
Signature of Judicial Officer

3/26/07
_____
Date

PROB 49
(NYEP-10/28/05)

# United States District Court

## EASTERN DISTRICT OF NEW YORK

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision:

The releasee shall not associate directly or indirectly, in-person, by mail, by computer or telephonically, with any of the individuals on the list provided to him by the Probation Department, who are identified as members and/or associates of the Colombo Organized Crime Family, unless granted permission to do so by the probation officer. In addition, the releasee shall not associate with any of the co-defendants or related defendants listed in his presentence report under Docket #03-CR-0072, unless granted permission to do so by the probation officer.

Witness: _____     Signed: _____
U.S. Probation Officer                         Probationer or Supervised Releasee

3/13/07
Date